SEYFARTH SHAW LLP
Joseph J. Orzano (SBN 262040)
E-mail: jorzano@seyfarth.com
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA 02210
Telephone:    (617) 946-4800
Facsimile:    (617) 946-4801

Matthew Catalano (*pro hac vice*)
Email: mcatalano@seyfarth.com
620 Eighth Avenue
New York, NY 10018
Telephone:    (212) 218-5500
Facsimile:    (212) 218-5526

Attorneys for Defendant
KING'S HAWAIIAN BAKERY WEST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIEISHA HODGES and ROXANNE COLAMARINO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KING'S HAWAIIAN BAKERY WEST, INC.,<br><br>Defendant. | Case No. 4:21-cv-04541-PJH<br><br>**DEFENDANT KING'S HAWAIIAN BAKERY WEST, INC.'S OBJECTION TO PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

1    Defendant King's Hawaiian Bakery West, Inc. ("King's Hawaiian") objects to Plaintiffs Dieisha Hodges and Roxanne Colamarino ("Plaintiffs'") Notice of Voluntary Dismissal, ECF No. 33 ("Plaintiffs' Notice").

Plaintiffs' Notice purports to "voluntarily dismiss" this action. But this cannot be: the action is already dismissed. The Court's November 8, 2021 order granting King's Hawaiian's motion to dismiss is clear: "The court GRANTS defendants' motion to dismiss plaintiff's complaint with leave to amend. Plaintiffs shall have 28 days from the date of this order to file an amended complaint curing the deficiencies noted in this order." ECF No. 31 ("Order") at 15. Today is the last day for Plaintiffs to amend the Complaint, and they have evidently declined to do so, instead purporting to file a voluntary dismissal "[p]ursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)." Plaintiffs' Notice at 1. It is too late for such a notice. Dismissal by the Court has already occurred, and there is nothing for Plaintiffs to "voluntarily" dismiss. Plaintiffs should not be permitted to undermine this Court's order, presumably to attempt to file their claims again at some unspecified future time, or even in some other jurisdiction.

King's Hawaiian respectfully requests that the Court reject Plaintiffs' Notice and instead dismiss this action with prejudice. In the alternative, should the Court be inclined to permit Plaintiffs to voluntarily dismiss the action, King's Hawaiian respectfully requests the opportunity to fully brief the issue.

DATED: December 6, 2021         SEYFARTH SHAW LLP

                                By: */s/ Joseph J. Orzano*
                                    Joseph J. Orzano

                                Attorneys for Defendant
                                King's Hawaiian Bakery West, Inc.