George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Spencer Sheehan (admitted *pro hac vice*)
*spencer@spencersheehan.com*
**SHEEHAN & ASSOCIATES, P.C.**
60 Cuttermill Road, Suite 409
Great Neck, New York 11021
Telephone: (516) 268-7080
Facsimile: (516) 234-7800

*Counsel for Plaintiffs Dieisha Hodges and Roxanne Colamarino and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DIEISHA HODGES *and* ROXANNE COLAMARINO, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KING'S HAWAIIAN BAKERY WEST, INC.,<br><br>Defendant. | Case No. 4:21-cv-04541-PJH<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTION TO NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Dieisha Hodges and Roxanne Colamarino (together, "Plaintiffs") respectfully submit this response to Defendant King's Hawaiian Bakery West, Inc.'s ("Defendant") objection to Plaintiffs' notice of voluntary dismissal filed today.

Plaintiffs filed the notice of voluntary dismissal to notify the Court and Defendant that rather than filing an amended pleading, as the Court allowed them leave to do, Plaintiffs would like to dismiss this action.

Plaintiffs respectfully request that the Court dismiss this case WITH PREJUDICE.

Date: December 6, 2021                                              Respectfully submitted,

**REESE LLP**

By: */s/ George V. Granade*
George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (admitted *pro hac vice*)
*spencer@spencersheehan.com*
60 Cuttermill Road, Suite 409
Great Neck, New York 11021
Telephone: (516) 268-7080
Facsimile: (516) 234-7800

*Counsel for Plaintiffs Dieisha Hodges and Roxanne Colamarino and the Proposed Class*