UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIEISHA HODGES, et al.,

    Plaintiffs,

    v.

KING'S HAWAIIAN BAKERY WEST, INC.,

    Defendant.

Case No. 21-cv-04541-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 33

On December 6, 2021, plaintiffs Dieisha Hodges and Roxanne Colamarino filed a notice of voluntary dismissal in the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Later the same day, defendant filed an objection to the notice (Dkt. 35), and plaintiffs filed a response clarifying their intent to dismiss this case with prejudice (Dkt. 36).

Having reviewed and considered the parties' arguments, and good cause appearing, the court GRANTS plaintiffs' request.  The action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: December 7, 2021

                              */s/ Phyllis J. Hamilton*
                              PHYLLIS J. HAMILTON
                              United States District Judge