UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DIEISHA HODGES, et al., | |
|---|---|
| Plaintiffs, | Case No. 21-cv-04541-PJH |
| v. | **JUDGMENT** |
| KING'S HAWAIIAN BAKERY WEST, INC., | |
| Defendant. | |

The issues having been duly heard and the court having granted plaintiffs' request to dismiss the complaint with prejudice,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 7, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge